FREDA K. BERGER, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Submitted July 8, 1955; decided July 8, 1955.

Motion to resettle order of the Court of Appeals dated June 2, 1955, denied. [See 308 N. Y. 830; 308 N. Y. 1001.]

CENTRAL PUBLISHING COMPANY, INC., Appellant, *v.* GAENELLE WITTMAN et al., Doing Business as TV SPOTLIGHT PUBLICATIONS, Respondents.

Submitted October 18, 1954; decided July 8, 1955.

*David N. Fields* for motion.
*Francis Finkelhor* opposed.

Motion to withdraw appeal granted.